W. H. Beckwith and W. B. Henderson, partners owning real estate as Beckwith & Henderson, and George C. Warren, Appellants, v. Charles E. Worth, as Tax Collector of Hillsborough County, Florida, Appellee.

### Division A.

Appeal from Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

C. C. Whitaker for appellants.

Phillips & Phillips for appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*